IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARREL DEON HARVEY,**

    *Petitioner*,

v.                                      Case No.: 4:23cv339-MW/HTC

**RICKY DIXON,**

    *Respondent*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED without prejudice** for failure to exhaust state remedies, without an evidentiary hearing." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 18, 2023.**

                                              s/Mark E. Walker
                                              **Chief United States District Judge**